954 A.2d 1155

IN THE MATTER OF CHARLES BRIAN DALY, A/K/A
C. BRIAN DALY AN ATTORNEY AT LAW.

August 27, 2008.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **CHARLES B. DALY, a/k/a C. BRIAN DALY,** formerly of **UNION,** who was admitted to the bar of this State in

1971, and who was suspended from the practice of law for a period of eighteen months effective February 23, 2005, by Order of this Court dated May 28, 2008, be restored to the practice of law, effective immediately.